UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.                                     Case No. 03-CR-85

SANDRA D. GARZA,

        Defendant.
_____

FINAL ORDER AND JUDGMENT FOR REAL PROPERTY LOCATED
AT 532 SOUTH CAMPBELL AVENUE, CHICAGO, ILLINOIS
_____

The Court, having considered the motion of the United States of America together with the affidavit of Assistant United States Attorney Gregory J. Haanstad, and being satisfied that the terms and provisions of Title 21, United States Code, Section 853 have been satisfied, and pursuant to the Stipulation and Settlement Agreement entered into by the United States of America and Washington Mutual, and in consideration of all proceedings in the case,

IT IS HEREBY ORDERED that the real property located at 532 South Campbell Avenue, Chicago, Illinois, is forfeited to the United States under the following conditions:

    1.    The Internal Revenue Service will dispose of the property pursuant to 21 U.S.C. § 853;

    2.    The Internal Revenue Service will sell the property in a commercially reasonable manner. From the proceeds of

the sale, the expenses will be paid according to the following schedule;

First, to the extent authorized by law, the United States of America will pay, or cause to be paid, to Washington Mutual, by and through its attorney, Rosemary Schnepf, the sum of $182,070.93 plus $10,257.29 in interest as of April 30, 2005, with $42.40 per diem thereafter to the date of sale;$2,117.82 Escrow Impound/Overdraft; $457.77 Unpaid Late Charges; and $17.80 Property Inspections.

Second, the expenses of the Internal Revenue Service will be paid; and

Third, the remainder of the sale proceeds shall be forfeited to the United States and disposed of according to law.

Dated at Milwaukee, Wisconsin, this 9th day of August 2005.

<pre>
                              s/J. P. Stadtmueller
                              HONORABLE J. P. STADTMUELLER
                              United States District Judge
</pre>